IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ENRIQUE BERNAL and ELVIRA BERNAL,** § <br> § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **WILMINGTON FINANCE, a Division of** § <br> **AIG Federal Savings Bank; AURORA** § <br> **LOAN SERVICING, LLC, WELLS** § <br> **FARGO BANK, N.A. as trustee for** § <br> **securitized trust SARM SERIES 2007-6;** § <br> **MORTGAGE ELECTRONIC** § <br> **REGISTRATION SYSTEM, aka "MERS"** § <br> **and DOES 1 THROUGH 100, INCLUSIVE,** § <br> § <br> **Defendants.** § | Civil Action No. 3:12-CV-3741-M (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant Aurora Bank FSB's Motion to Dismiss Plaintiffs' Complaint (doc. 14), filed on October 19, 2012, is GRANTED and Plaintiffs' claims against Defendant Aurora Loan Servicing, LLC are dismissed with prejudice.

**SO ORDERED** this 13th day of June, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS