**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ENRIQUE BERNAL and ELVIRA BERNAL,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Civil Action No. 3:12-CV-3741-M (BF)** |
| **WILMINGTON FINANCE, a Division of AIG Federal Savings Bank; AURORA LOAN SERVICING, LLC, WELLS FARGO BANK, N.A. as trustee for securitized trust SARM SERIES 2007-6; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, aka "MERS" and DOES 1 THROUGH 100, INCLUSIVE,** | § § § § § § § § § § | |
| **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiffs' Petition is dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED** this 14th day of June, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS